**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

I.T. PRODUCTIONS, LLC.,
a Nevada Limited Liability corporation

**MONTHLY STATUS REPORT**

COMES NOW I.T. Productions, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 16-cv-02979-WYD-MEH:** Plaintiff sent subpoenas to Checkmate 12/13/16. Plaintiff served subpoenas to Comcast Cable Communications on December 14, 2016.

**Civil Action No. 16-cv-02998-WYD-MEH:** Plaintiff sent subpoenas to Checkmate 12/13/16. Plaintiff served subpoenas to Comcast Cable Communications on December 14, 2016.

**Civil Action No. 16-cv-03009-WYD-MEH:** Plaintiff sent subpoenas to Checkmate 12/13/16. Plaintiff served subpoenas to Comcast Cable Communications on December 14, 2016.

**Civil Action No. 16-cv-3058-WYD-MEH:** Plaintiff filed case on December 13, 2016.

**Civil Action No. 16-cv-3064-WYD-MEH:** Plaintiff filed case on December 14, 2016.

**Civil Action No. 16-cv-3089-WYD-MEH:** Plaintiff filed case on December 15, 2016.

**Civil Action No. 16-cv-3132-WYD-MEH:** Plaintiff filed case on December 20, 2016.

**Civil Action No. 16-cv-3150-WYD-MEH:** Plaintiff filed case on December 21, 2016.

Respectfully submitted this 10th day of January, 2017.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on January 10, 2017, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

        By: <u>/s/ Michelle M. Dickey</u>
        Michelle M. Dickey, Paralegal
        Brown & Kannady, LLC